# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:22–cr–00440

Sohil Usmangani Vahora
Zaheen Rafikbhai Malvi

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/11/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

Date:   September 29, 2022

Nathan Ochsner, Clerk