To,
Respected Clerk,
United States District Court,
Southern District of Texas,
P.O. Box 61010
Houston, Tx 77208.

United States Courts
Southern District of Texas
FILED

MAR 03 2023

Nathan Ochsner, Clerk of Court

Ref Case # 4:22-CR-440.

Please send me Docket for Above Reference Docket. I will be Grateful.

Respectfully,
SOHIL VAHORA Reg:- 22873-510
FDC HOUSTON
PO BOX 526255
HOUSTON, TX 77052.

Sohil Vahora, Reg # 22873-509
FDC Houston
PO Box 526255
Houston TX 77052

To:
CLERK, UNITED STATES, DISTRICT COURT
SOUTHERN DISTRICT COURT OF TEXAS
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
MAR 03 2023
Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
1 MAR 2023 PM 6 L

77208-101010