| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | HOUSTON DIVISION |
| *versus* | | CRIMINAL ACTION NO. H-22-CR-440-1 |
| Sohil Usmangani Vahora  (1) | | **GOVERNMENT'S EXHIBIT LIST** |
| LIST OF: GOVERNMENT | | COUNSEL: STEPHANIE BAUMAN |
| TYPE OF HEARING: JURY TRIAL | | KATE SUH |
| JUDGE: ANDREW S. HANEN | CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1 | Photograph of Nick Chicago USA Contact Card | | | | |
| 2 | Photograph of Nick Chicago USA WhatsApp Contact Card | | | | |
| 3 | Photographs of Nick Chicago USA WhatsApp Chat | | | | |
| 3A | Attachment #1 to Chat (Flight Record) | | | | |
| 3B | Attachment #2 to Chat (Driver's License) | | | | |
| 3C | Attachment #3 to Chat (Selfie) | | | | |
| 4 | Photograph of Zaheen Ganchi Contact Card (872-235-7241) | | | | |
| 5 | Photographs of Zaheen Ganchi WhatsApp Chat | | | | |
| 6 | Photographs of WhatsApp Chat with Burner Phone | | | | |
| 7 | Waseem Maknojiya Samsung Extraction Report (11/18/2019) | | | | |
| *7.1* | *[Intentionally Left Blank]* | | | | |
| 7.1.1 | USA Sam Vhr | | | | |
| 7.1.2 | USA Nick Chicago | | | | |
| 7.1.3 | USA Ammar Bhillu | | | | |
| 7.1.4 | Pajay Patel Gujarat | | | | |
| 7.1.5 | USA Zaheen Ganchi | | | | |
| 7.1.6 | Zack | | | | |
| 7.1.7 | USA Moin Multani Surat | | | | |
| 7.2 | Phone Activity on 8-9-2019 | | | | |
| 7.3 | Selected Phone Activity on 9-7-2019 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 8 | Waseem Maknojiya Samsung Extraction Report (2021) | | | | |
| 8.1 | WhatsApp Chat with Nick Chicago USA | | | | |
| 8.2 | WhatsApp Chat with Zaheen Ganchi (872-235-7241) | | | | |
| 8.3 | WhatsApp Chat with Sam Vhr USA (773-943-9027) | | | | |
| 8.4 | WhatsApp Chat with Burner Phone (281-818-9193) | | | | |
| 9 | Moin Pinjara iPhone Extraction Report (September 2020) | | | | |
| 9.1 | Contacts from Phone | | | | |
| 9.2 | WhatsApp Chat with Zak (501-203-8900) | | | | |
| 9.3 | WhatsApp Chat with Bapu (630-656-7717) | | | | |
| 10 | Sohil Vahora iPhone Extraction Report<br><br>**Marked for Purposes of Cross-Examination Only** | | | | |
| *10.1* | *[Intentionally Left Blank]* | | | | |
| 10.2 | WhatsApp Chat with Dev New Lyca (224-435-9841) | | | | |
| *10.2A* | *[Intentionally Left Blank]* | | | | |
| 10.2B | Attachment to Chat: WhatsApp contact card for 281-818-9193 | | | | |
| 10.3 | Native SMS Chat with Dev New H (630-802-5477) | | | | |
| 10.4 | WhatsApp Chat with Diwan New 1 (567-271-9061) | | | | |
| *11-20* | *[Intentionally Left Blank]* | | | | |
| 21 | Spirit Airlines Records | | | | |
| 21.1 | 4-27-2019 Flight IAH-ORD | | | | |
| 21.2 | 10-14-2019 Flight IAH-EWR | | | | |
| 22 | United Airlines Records | | | | |
| 22.1 | 4-27-2019 Flight ORD-IAH | | | | |
| 22.2 | 6-8-2019 Flight IAH-ORD | | | | |
| 22.3 | 9-8-2019 Flight ORD-IAH | | | | |
| 23 | American Airlines | | | | |
| 23.1 | 6-9-2019 Flight ORD-IAH | | | | |
| 23.2 | 9-7-2019 Flight IAH-ORD | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 24 | Enterprise Car Rental Records for Moin Pinjara | | | | |
| 24.1 | Moin Pinjara Rental Records from Skokie, IL | | | | |
| 24.2 | Rental Record from Searcy, AR (4-10-2019 to 4-11-2019) | | | | |
| *25* | *[Intentionally Left Blank]* | | | | |
| 26 | Photograph of Lawrence Almeda Driver's License | | | | |
| 27 | Waseem Maknojiya Immigration Bond | | | | |
| 28 | Photograph of Waseem Maknojiya's Fake Passports and Green Cards | | | | |
| 29 | News Article about Waseem Maknojiya | | | | |
| 30 | Photographs of Sohil Vahora | | | | |
| 31 | Photographs of Sohil Vahora Residence | | | | |
| 32 | Photograph of "Nick" Patel | | | | |
| 33 | Photographs of OYO Hotel | | | | |
| *34* | *[Intentionally Left Blank]* | | | | |
| 34A | OYO Hotel Booking Record for Albert Gildner (5-23-2018) | | | | |
| 34B | OYO Hotel Booking Record for Albert Gildner (5-25-2018) | | | | |
| 34C | OYO Hotel Booking Record for Bryce Dutton (6-12-2018) | | | | |
| 34D | OYO Hotel Booking Record for Albert Gildner (9-11-2018) | | | | |
| 34E | OYO Hotel Booking Record for Albert Gildner (9-17-2018) | | | | |
| 34F | OYO Hotel Booking Record for Bryce Dutton (9-18-2018) | | | | |
| 34G | OYO Hotel Booking Record for Albert Gildner (9-19-2018) | | | | |
| 35 | Photograph of Moin Pinjara's Fake Green Cards | | | | |
| *36* | *[Intentionally Left Blank]* | | | | |
| 37 | Photograph of Mahammed Kochhat | | | | |
| 38 | Photograph of Nozair Ganchi | | | | |
| 39 | Surveillance Images of Waseem Maknojiya and Ammar Sunasara (Walgreens) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 40 | Surveillance Images of Moin Pinjara (Walgreens) | | | | |
| *41* | *[Intentionally Left Blank]* | | | | |
| 42 | Surveillance Images of Amirsinh Diwan (Walgreens) | | | | |
| 43 | Surveillance Images of Zaheen Malvi and Rehan Syed (Target) | | | | |
| 44 | Surveillance Images of Amirsinh Diwan (Target) | | | | |
| *45-47* | *[Intentionally Left Blank]* | | | | |
| 48 | Photograph of Burhan Syed | | | | |
| *49-50* | *[Intentionally Left Blank]* | | | | |
| 51 | Photographs of Amirsinh Diwan Controlled Delivery | | | | |
| *52* | *[Intentionally Left Blank]* | | | | |
| 53 | Subpoena Return from Suddenlink Communications | | | | |
| 54 | Photograph of Ammar Sunasara | | | | |
| 55 | Photograph of Moin Pinjara | | | | |
| 56 | Photograph of Waseem Maknojiya | | | | |
| 57 | Photograph of Zaheen Malvi | | | | |
| 58 | Photograph of Zahid Munshi | | | | |
| *59-64* | *[Intentionally Left Blank]* | | | | |
| 64A | Signature Card for Bank of America Account x3105 (Zaheen Malvi) | | | | |
| 64B | Statements for Bank of America Account x3105 (Zaheen Malvi) | | | | |
| *65* | *[Intentionally Left Blank]* | | | | |
| 65A | Signature Card for Wells Fargo Account x4837 (Zaheen Malvi) | | | | |
| 65B | Statements for Wells Fargo Account x4837 (Zaheen Malvi) | | | | |
| *66* | *[Intentionally Left Blank]* | | | | |
| 66A | Signature Card for Wells Fargo Account x9448 (Sohil Vahora & Sehrish Ellahi) | | | | |
| 66B | Statements for Wells Fargo Account x9448 (Sohil Vahora & Sehrish Ellahi) | | | | |
| 66C | Deposits for Wells Fargo Account x9448 (Sohil Vahora & Sehrish Ellahi) | | | | |
| *67* | *[Intentionally Left Blank]* | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 67A | Signature Card for JPMC Account x0190 (Sehrish Ellahi) | | | | |
| 67B | Statements for JPMC Account x0190 (Sehrish Ellahi) | | | | |
| *68* | *[Intentionally Left Blank]* | | | | |
| 68A | Signature Card for JPMC x0607 in the name of Ruhaan Group, Inc. | | | | |
| 68B | Statements for JPMC x0607 in the name of Ruhaan Group, Inc. | | | | |
| 69 | Sohil Vahora Credit Card Statement | | | | |
| 70 | Sohil Vahora's USCIS Form N400 | | | | |
| *71-80* | *[Intentionally Left Blank]* | | | | |
| 81 | AT&T Records for 630-888-1054 (Hardik J. Patel) | | | | |
| 82 | AT&T Records for 630-449-9358 (Hardik J. Patel) | | | | |
| 83 | T-Mobile Records for 773-986-0181 (Waseem Maknojiya) | | | | |
| 84 | T-Mobile Records for 281-818-9193 (Waseem Maknojiya) | | | | |
| 85 | T-Mobile Records for 224-435-9841 (Hardik J. Patel) | | | | |
| 86 | T-Mobile Records for 630-802-5477 (Hardik J. Patel) | | | | |
| 87 | T-Mobile Records for 773-943-9027 & 872-235-5357 (Sohil Vahora) | | | | |
| 88 | T-Mobile Records for 773-997-4901 (Sohil Vahora) | | | | |
| 89 | T-Mobile Records of 630-656-7717 (Sohil Vahora) | | | | |
| 90 | T-Mobile Records for 832-430-0827 (Ammar Sunasara) | | | | |
| 91 | T-Mobile Records of Assigned IP Addresses (GJS 20-3616) | | | | |
| 92 | T-Mobile Records of Assigned IP Addresses (GJS 20-1473) | | | | |
| *93-100* | *[Intentionally Left Blank]* | | | | |
| 101 | Location History from Google Account moinpinjara7786 | | | | |
| 102 | My Activity from Google Account wsaamak | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 103 | Email Confirmation of 4-27-2019 Flight to Chicago | | | | |
| *104-105* | *[Intentionally Left Blank]* | | | | |
| 106 | 10-25-2019 Call from Waseem Maknojiya at ICE Detention Facility to Sohil Vahora (872-235-5357) – Call #17 | | | | |
| 106A | Translation of Call #17 | | | | |
| 107 | 10-28-2019 Call from Waseem Maknojiya at ICE Detention Facility to Sohil Vahora (872-235-5357) – Call #12 | | | | |
| 107A | Translation of Call #12 | | | | |
| 108 | 10-28-2019 Call from Waseem Maknojiya at ICE Detention Facility to Sohil Vahora (872-235-5357) – Call #11 | | | | |
| 109 | 10-29-2019 Call from Waseem Maknojiya at ICE Detention Facility to Sohil Vahora (872-235-5357) – Call #10 | | | | |
| 109A | Translation of Call #10 | | | | |
| 110 | 10-31-2019 Call from Waseem Maknojiya at ICE Detention Facility to Sohil Vahora (872-235-5357) – Call #1 | | | | |
| 110A | Translation of Call #1 | | | | |
| 111 | 11-15-2019 Call from Waseem Maknojiya at FDC to Sohil Vahora (773-997-4901) | | | | |
| 111A | Translation of 11-15-2019 FDC Call | | | | |
| 112 | 11-16-2019 Call from Waseem Maknojiya at FDC to Sohil Vahora (773-997-4901) | | | | |
| 112.1 | Clip of 11-16-2019 Call from Waseem Maknojiya at FDC to Sohil Vahora (773-997-4901) | | | | |
| 112A | Translation of 11-16-2019 FDC Call | | | | |
| *113-115* | *[Intentionally Left Blank]* | | | | |
| 116 | Video and Transaction Records from January 24, 2017 | | | | |
| 117 | Video and Transaction Records from January 30, 2017 | | | | |
| 118 | Video and Transaction Records from February 24, 2017 | | | | |
| *119-120* | *[Intentionally Left Blank]* | | | | |
| 121 | Video of Waseem Maknojiya picking up Victim R.E.'s Package | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 122 | Video of Amirsinh Diwan picking up controlled delivery packages | | | | |
| 123 | Video of Moin Pinjara picking up Victim M.B.'s Package | | | | |
| 124 | Video of Amirsinh Diwan picking up Victim J.R.'s Package | | | | |
| *125-130* | *[Intentionally Left Blank]* | | | | |
| 131 | Victim A.B. CTRs | | | | |
| *132* | *[Intentionally Left Blank]* | | | | |
| 132A | Victim A.B. Wells Fargo Checks | | | | |
| 132B | Victim A.B. Deposit Tickets | | | | |
| 133 | Victim B.M.A. Wire Transfer Confirmation | | | | |
| 134 | Victim B.M.A. CTR | | | | |
| 135 | Victim B.M.A. Receipt | | | | |
| 136 | Victim C.K. Receipts and Notes | | | | |
| 137 | Victim G.P. CTRs | | | | |
| 138 | Victim G.P. Educators Credit Union Bank Statement (October 2019) | | | | |
| *139* | *[Intentionally Left Blank]* | | | | |
| 140 | Victim R.E. CTRs | | | | |
| 141 | Victim T.V. CTRs | | | | |
| 142 | Victim Z.D. CTRs | | | | |
| *143-160* | *[Intentionally Left Blank]* | | | | |
| 161 | FedEx Shipment Information Reports (Oct. 2022) | | | | |
| 161.1 | Victim A.B. FedEx Record | | | | |
| 161.2 | Victim B.M.A. FedEx Record | | | | |
| 161.3 | Victim G.P. FedEx Record | | | | |
| 161.4 | Victim G.S. FedEx Record | | | | |
| 161.5 | Victim M.M. FedEx Record | | | | |
| 161.6 | Victim R.E. FedEx Records | | | | |
| 161.7 | Victim Z.D. FedEx Record | | | | |
| 161.8 | Victim C.K. FedEx Record | | | | |
| 161.9 | Victim M.B. FedEx Record | | | | |
| *162* | *[Intentionally Left Blank]* | | | | |
| 162A | List of IP Addresses, Dates, and Times (Oct. 2022) | | | | |
| 162B | Geolocation of IP Addresses (Oct. 2022) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 163 | FedEx Shipment Information Reports (Nov. 2019) | | | | |
| 163.1 | Victim A.B. FedEx Record | | | | |
| 163.2 | August 9th Package SW Houston | | | | |
| *164* | *[Intentionally Left Blank]* | | | | |
| 164A | List of IP Addresses, Dates, and Times (Nov. 2019) | | | | |
| 164B | Geolocation of IP Addresses (Nov. 2019) | | | | |
| 165 | FedEx Shipment Information Reports (June 2020) | | | | |
| 166 | FedEx Shipment Information Reports (Sept. 2020 1) | | | | |
| 166.1 | Victim H.R. FedEx Record | | | | |
| 166.2 | Victim T.V. FedEx Record | | | | |
| 167 | Victim M.M. FedEx Refund Check | | | | |
| 168 | FedEx Shipment Information Reports (Sept. 2020 2) | | | | |
| 169 | List of Tracking IP Addresses, Dates, and Times (Sept. 2020 2) | | | | |
| 170 | List of Packages Tracked by OYO Hotel IP Address | | | | |
| 171 | FedEx Shipment Information Reports for Hotel Shipments | | | | |
| *172* | *[Intentionally Left Blank]* | | | | |
| 172A | List of IP Addresses, Dates, and Times for Hotel Shipments | | | | |
| 172B | Geolocation of IP Addresses for Hotel Shipments | | | | |
| 173 | FedEx Shipment Information Reports (8-31-2022) | | | | |
| *174* | *[Intentionally Left Blank]* | | | | |
| 174A | List IP Addresses, Dates, and Times (8-31-2022) | | | | |
| 174B | Geolocation of IP Addresses (8-31-2022) | | | | |
| 175 | FedEx Shipping Label for Shipment from Waseem Maknojiya (8-5-2019) | | | | |
| 176 | FedEx Shipping Label for Shipment to Waseem Maknojiya (10-7-2019) | | | | |
| 177 | UPS Deliveries to Houston Apartment | | | | |
| *178* | *[Intentionally Left Blank]* | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 178A | UPS Packages Tracked by IP Address | | | | |
| 178B | UPS Package Tracking IP Addresses | | | | |
| *179-200* | *[Intentionally Left Blank]* | | | | |
| 201 | Report of FBI Special Agent Christopher Menard, FBI CAST | | | | |

The United States will supplement this list with additional information as it becomes available.

        Respectfully Submitted,

        ALAMDAR S. HAMDANI
        United States Attorney
        Southern District of Texas

By:   */s/ Stephanie Bauman*
       Stephanie Bauman
       Eun Kate Suh
       Assistant United States Attorneys
       1000 Louisiana, Suite 2300
       Houston, Texas 77002
       Telephone (713) 567-9400

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been delivered on counsel of record by e-mail.

        */s/ Stephanie Bauman*
        Stephanie Bauman
        Assistant United States Attorney