# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CASE NO. 4:22-CR-440-1 |
| v. § | |
| § | |
| SOHIL USMANGANI VAHORA (1) § | |

**GOVERNMENT'S NOTICE OF INTENT TO RELY UPON LOCAL RULE 55.2 AND TO USE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVITS**

The United States hereby gives notice to Defendant Sohil Usmangani Vahora of its intent to rely upon Local Rule 55.2 in the trial of this case. The United States further gives notice of its intent to use business records accompanied by affidavits and submits that these documents are all self-authenticating under Federal Rule of Evidence (FRE) 902 as certified domestic records of a regularly conducted activity and otherwise admissible under clearly established exceptions to the hearsay rule such as FRE 803(6) (Records of Regularly Conducted Activity), or in the alternative as admissible under the residual exception to the hearsay rule. FRE 807.

The United States has made available for review and inspection business records from the below listed businesses and provided defense counsel with the following affidavits:

1. Spirit Airlines business records and affidavit by custodian of records sworn to on November 26, 2019. (Ex. 21)

2. United Airlines business records and affidavit by custodian of records sworn to on March 5, 2020. (Ex. 22)

3. American Airlines business records and affidavit by custodian of records sworn to on December 11, 2019. (Ex. 23)

4. Enterprise business records and affidavit by custodian of records sworn to on July 29, 2022. (Ex. 24)

5. Suddenlink Communications business records and affidavit by custodian of records sworn to on May 1, 2020. (Ex. 53)

6. Bank of America business records and affidavit by custodian of records sworn to on August 1, 2022. (Ex. 64A, 64B)

7. Wells Fargo business records and affidavit by custodian of records sworn to on August 3, 2022. (Ex. 65A, 65B)

8. Wells Fargo business records and affidavit by custodian of records sworn to on August 12, 2020. (Ex. 66A, 66B, 66C)

9. JP Morgan Chase Bank business records and affidavit by custodian of records sworn to on August 7, 2020. (Ex. 67A, 67B)

10. JP Morgan Chase Bank business records and affidavit by custodian of records sworn to on April 28, 2020. (Ex. 68A, 68B, 69)

11. AT&T business records and affidavit by custodian of records sworn to on February 11, 2023. (Ex. 82)

12. T-Mobile business records and affidavit by custodian of records sworn to on March 11, 2021. (Ex. 83)

13. T-Mobile business records and affidavit by custodian of records sworn to on November 23, 2019. (Ex. 84)

14. T-Mobile business records and affidavit by custodian of records sworn to on February 5, 2021. (Ex. 85)

15. T-Mobile business records and affidavit by custodian of records sworn to on February 17, 2021. (Ex. 86)

16. T-Mobile business records and affidavit by custodian of records sworn to on February 2, 2021. (Ex. 87)

17. T-Mobile business records and affidavit by custodian of records sworn to on January 30, 2021. (Ex. 88)

18. T-Mobile business records and affidavit by custodian of records sworn to on April 21, 2022. (Ex. 89)

19. T-Mobile business records and affidavit by custodian of records sworn to on April 1, 2021. (Ex. 90)

20. T-Mobile business records and affidavit by custodian of records sworn to on February 12, 2021. (Ex. 91)

21. T-Mobile business records and affidavit by custodian of records sworn to on June 10, 2020. (Ex. 92)

22. Google business records and affidavit by custodian of records sworn to on September 23, 2020. (Ex. 101)

23. Google business records and affidavit by custodian of records sworn to on November 28, 2019. (Ex. 102, 103)

The United States will supplement this list with additional information as it becomes available.

                                                    Respectfully Submitted,

                                                    ALAMDAR S. HAMDANI
                                                    United States Attorney
                                                    Southern District of Texas

By:   */s/ Stephanie Bauman*
        Stephanie Bauman
        Eun Kate Suh
        Assistant United States Attorneys
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone (713) 567-9400

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been delivered on counsel of record by e-mail.

        */s/ Stephanie Bauman*
        Stephanie Bauman
        Assistant United States Attorney