United States District Court
Southern District of Texas
**ENTERED**
October 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:22–cr–00440 |
| § | |
| Sohil Usmangani Vahora , Zaheen § | |
| Rafikbhai Malvi, Amirsinh Diwan | |

Material Witness(es):   **W. N. A. M.**

## ORDER APPOINTING COUNSEL

Because the above-named material witness(es) have testified under oath or have otherwise satisfied this court that they are financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent these persons in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the material witness(es).

Signed on October 16, 2023.

Christina A. Bryan
United States Magistrate Judge